**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| | |
|---|---|
| **In re:** Lisa A Clarkin | **Case No.** _____ <br> **Chapter** 13 |
| **Debtor(s)** | |

*Please check the appropriate box.*

**For Debtor:**

■ Payment advices (pay stubs) are attached.

☐ No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) are attached.

☐ No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of __5__ sheets, numbered 1 through __5__, and that they are true and correct to the best of my knowledge, information, and belief.

Signature of Debtor: /s/ Lisa A Clarkin        Date: May 20, 2025

March 2006

# Earnings Statement

**CLARKIN, LISA A**

| | |
|---|---|
| Pay Date: 03/14/2025 | Company: 11A01 - FAMILY & CHILDRENS CENTER |
| Period Start: 02/23/2025 | 811 MONITOR STREET |
| Period End: 03/08/2025 | LA CROSSE WI 54603 |

Emp #
Dept: 250 - Healthy Families - WI
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.50 | 74.00 | 1443.01 | 7946.29 |
| Floating Holiday | 19.50 | 0.00 | 0.00 | 34.13 |
| Holiday | 19.50 | 0.00 | 0.00 | 468.00 |
| Sick | 19.50 | 6.00 | 117.00 | 229.13 |
| Vacation | 19.50 | 0.00 | 0.00 | 682.50 |
| Untaxed Cell phone (YTD) | | | 10.00 | 30.00 |
| **Gross** | | 80.00 | 1570.01 | 9390.05 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 118.35 | 773.68 |
| Medicare | | | 18.43 | 114.77 |
| Social Security | | | 78.80 | 490.74 |
| Wisconsin State W/H(S/0) | | | 45.61 | 290.81 |
| **Deductions** | | | | |
| Garnish Percentage of Gross | | | 390.00 | 2340.00 |
| Dental | | | 73.73 | 368.65 |
| Mileage Reimbursement | | | 0.00 | -197.37 |
| Quartz Medical HMO | | | 183.94 | 919.70 |
| Spouse Surcharge | | | 25.00 | 125.00 |
| Vision Insurance | | | 6.31 | 31.55 |
| **Net Pay** | | | 629.84 | 4132.52 Voucher No. |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 629.84 | 4132.52 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life & AD&D ER MEMO * | 3.04 | 15.20 | *Memo Only | |
| Quartz Medical HMO ER MEMO * | 551.83 | 2759.15 | *Memo Only | |
| Floating Holiday Hours ** | | 8.00 | 1.75 | 6.25 |
| Sick Hours | 2.46 | 20.89 | 11.00 | 9.89 |
| Vacation Hours | 4.62 | 64.72 | 26.00 | 38.72 |

**Accruals balances are accurate as of processing 03/12/2025 07:42 am

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 02/24 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 8.00 |
| | 02/25 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 5.50 |
| | 02/25 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 3.00 |
| | 02/26 | Regular | 48 MN Strong - Healthy Families Winona - Winona FSB | 19.50 | 5.00 |
| | 02/26 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 2.00 |
| | 02/27 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 7.50 |
| | 02/28 | Sick | Default - none - La Crosse Monitor | 19.50 | 6.00 |
| | 02/28 | Regular | 40 WI DCF - Healthy Families La Crosse - Home | 19.50 | 3.00 |
| | 03/03 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 7.50 |

# Earnings Statement

**CLARKIN, LISA A**

| | |  | |
|---|---|---|---|
| Pay Date: | 03/28/2025 | Company: 11A01 - FAMILY & CHILDRENS CENTER | Emp #: |
| Period Start: | 03/09/2025 | 811 MONITOR STREET | Dept: 250 - Healthy Families - WI |
| Period End: | 03/22/2025 | LA CROSSE  WI  54603 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.50 | 79.50 | 1550.25 | 9496.54 |
| Floating Holiday | 19.50 | 0.50 | 9.75 | 43.88 |
| Holiday | 19.50 | 0.00 | 0.00 | 468.00 |
| Sick | 19.50 | 0.00 | 0.00 | 229.13 |
| Vacation | 19.50 | 0.00 | 0.00 | 682.50 |
| Untaxed Cell phone (YTD) | | | 0.00 | 30.00 |
| **Gross** | | 80.00 | 1560.00 | 10950.05 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 118.35 | 892.03 |
| Medicare | | | 18.43 | 133.20 |
| Social Security | | | 78.80 | 569.54 |
| Wisconsin State W/H(S/0) | | | 45.61 | 336.42 |
| **Deductions** | | | | |
| Garnish Percentage of Gross | | | 390.00 | 2730.00 |
| Dental | | | 73.73 | 442.38 |
| Mileage Reimbursement | | | -58.65 | -256.02 |
| Quartz Medical HMO | | | 183.94 | 1103.64 |
| Spouse Surcharge | | | 25.00 | 150.00 |
| Vision Insurance | | | 6.31 | 37.86 |
| **Net Pay** | | | 678.48 | 4811.00 Voucher No. |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 678.48 | 4811.00 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life & AD&D ER MEMO * | 3.04 | 18.24 | *Memo Only | |
| Quartz Medical HMO ER MEMO * | 551.83 | 3310.98 | *Memo Only | |
| Floating Holiday Hours ** | | 8.00 | 2.25 | 5.75 |
| Sick Hours | 2.46 | 23.35 | 11.00 | 12.35 |
| Vacation Hours | 4.62 | 69.34 | 26.00 | 43.34 |

**Accruals balances are accurate as of processing 03/26/2025 09:00 am

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 03/10 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 9.50 |
| | 03/11 | Regular | 48 MN Strong - Healthy Families Winona - Winona FSB | 19.50 | 5.00 |
| | 03/11 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 2.50 |
| | 03/12 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 7.50 |
| | 03/13 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 8.00 |
| | 03/14 | Floating Holiday | Default - none - La Crosse Monitor | 19.50 | 0.50 |
| | 03/14 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 7.00 |
| | 03/17 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 7.25 |
| | 03/18 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 3.75 |

# Earnings Statement

**CLARKIN, LISA A**

| | |
|---|---|
| Pay Date: 04/11/2025 | Company: 11A01 - FAMILY & CHILDRENS CENTER |
| Period Start: 03/23/2025 | 811 MONITOR STREET |
| Period End: 04/05/2025 | LA CROSSE  WI  54603 |

Emp #:
Dept: 250 - Healthy Families - WI
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date | | |
|---|---|---|---|---|---|---|
| **Earnings** | | | | | | |
| Regular | 19.50 | 80.00 | 1560.00 | 11056.54 | | |
| Floating Holiday | 19.50 | 0.00 | 0.00 | 43.88 | | |
| Holiday | 19.50 | 0.00 | 0.00 | 468.00 | | |
| Sick | 19.50 | 0.00 | 0.00 | 229.13 | | |
| Vacation | 19.50 | 0.00 | 0.00 | 682.50 | | |
| Untaxed Cell phone (YTD) | | | 10.00 | 40.00 | | |
| **Gross** | | 80.00 | 1570.00 | 12520.05 | | |
| **W/H Taxes** | | | | | | |
| Federal W/H(S) | | | 118.35 | 1010.38 | | |
| Medicare | | | 18.43 | 151.63 | | |
| Social Security | | | 78.81 | 648.35 | | |
| Wisconsin State W/H(S/0) | | | 45.61 | 382.03 | | |
| **Deductions** | | | | | | |
| Garnish Percentage of Gross | | | 390.00 | 3120.00 | | |
| Dental | | | 73.73 | 516.11 | | |
| Mileage Reimbursement | | | 0.00 | -256.02 | | |
| Quartz Medical HMO | | | 183.94 | 1287.58 | | |
| Spouse Surcharge | | | 25.00 | 175.00 | | |
| Vision Insurance | | | 6.31 | 44.17 | | |
| **Net Pay** | | | 629.82 | 5440.82 Voucher No. | | |
| **Net Pay Distribution** | | | | | | |
| Direct Deposit Net Check | | | 629.82 | 5440.82 | | |
| **Employee Benefits, Allowances, and Other** | | | Current Period | Year To Date | YTD Taken | Available |
| Basic Life & AD&D ER MEMO * | | | 3.04 | 21.28 | *Memo Only | |
| HSA ER MEMO FT Employee * | | | 150.00 | 150.00 | *Memo Only | |
| Quartz Medical HMO ER MEMO * | | | 551.83 | 3862.81 | *Memo Only | |
| Floating Holiday Hours ** | | | | 8.00 | 2.25 | 5.75 |
| Sick Hours | | | 2.46 | 25.82 | 11.00 | 14.82 |
| Vacation Hours | | | 4.62 | 73.95 | 26.00 | 47.95 |

**Accruals balances are accurate as of processing 04/9/2025 10:33 am

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 03/24 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 7.75 |
| | 03/25 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 2.25 |
| | 03/25 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 6.25 |
| | 03/26 | Regular | 48 MN Strong - Healthy Families Winona - Winona FSB | 19.50 | 5.00 |
| | 03/26 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 2.50 |
| | 03/27 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 7.75 |
| | 03/28 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 8.50 |
| | 03/31 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 8.00 |

# Earnings Statement

**CLARKIN, LISA A**

| | |
|---|---|
| Pay Date: 04/25/2025 | Company: 11A01 - FAMILY & CHILDRENS CENTER |
| Period Start: 04/06/2025 | 811 MONITOR STREET |
| Period End: 04/19/2025 | LA CROSSE  WI  54603 |

Emp #:
Dept: 250 - Healthy Families - WI
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.50 | 52.50 | 1023.75 | 12080.29 |
| Floating Holiday | 19.50 | 0.00 | 0.00 | 43.88 |
| Holiday | 19.50 | 8.00 | 156.00 | 624.00 |
| Sick | 19.50 | 3.50 | 68.25 | 297.38 |
| Vacation | 19.50 | 16.00 | 312.00 | 994.50 |
| Untaxed Cell phone (YTD) | | | 0.00 | 40.00 |
| **Gross** | | 80.00 | 1560.00 | 14080.05 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 118.35 | 1128.73 |
| Medicare | | | 18.43 | 170.06 |
| Social Security | | | 78.80 | 727.15 |
| Wisconsin State W/H(S/0) | | | 45.61 | 427.64 |
| **Deductions** | | | | |
| Garnish Percentage of Gross | | | 390.00 | 3510.00 |
| Dental | | | 73.73 | 589.84 |
| Mileage Reimbursement | | | -50.49 | -306.51 |
| Quartz Medical HMO | | | 183.94 | 1471.52 |
| Spouse Surcharge | | | 25.00 | 200.00 |
| Vision Insurance | | | 6.31 | 50.48 |
| **Net Pay** | | | 670.32 | 6111.14  Voucher No. |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 670.32 | 6111.14 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life & AD&D ER MEMO * | 3.04 | 24.32 | *Memo Only | |
| Quartz Medical HMO ER MEMO * | 551.83 | 4414.64 | *Memo Only | |
| Floating Holiday Hours ** | | 8.00 | 2.25 | 5.75 |
| Sick Hours | 2.46 | 28.28 | 14.50 | 13.78 |
| Vacation Hours | 4.62 | 78.57 | 42.00 | 36.57 |
| HSA ER MEMO FT Employee | 0.00 | 150.00 | *Memo Only | |

**Accruals balances are accurate as of processing 04/23/2025 07:49 am

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 04/07 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 8.00 |
| | 04/08 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 3.00 |
| | 04/08 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 4.50 |
| | 04/09 | Sick | Default - none - La Crosse Monitor | 19.50 | 3.50 |
| | 04/09 | Regular | 48 MN Strong - Healthy Families Winona - Winona FSB | 19.50 | 5.00 |
| | 04/10 | Vacation | Default - none - La Crosse Monitor | 19.50 | 8.00 |
| | 04/11 | Vacation | Default - none - La Crosse Monitor | 19.50 | 8.00 |
| | 04/14 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 8.00 |

# Earnings Statement

**CLARKIN, LISA A**

| | |
|---|---|
| Pay Date: 05/09/2025 | Company: 11A01 - FAMILY & CHILDRENS CENTER |
| Period Start: 04/20/2025 | 811 MONITOR STREET |
| Period End: 05/03/2025 | LA CROSSE  WI  54603 |

Emp #:
Dept: 250 - Healthy Families - WI
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.50 | 79.00 | 1540.52 | 13620.81 |
| Floating Holiday | 19.50 | 0.00 | 0.00 | 43.88 |
| Holiday | 19.50 | 0.00 | 0.00 | 624.00 |
| Sick | 19.50 | 1.00 | 19.50 | 316.88 |
| Vacation | 19.50 | 0.00 | 0.00 | 994.50 |
| Untaxed Cell phone (YTD) | | | 10.00 | 50.00 |
| **Gross** | | 80.00 | 1570.02 | 15650.07 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 118.36 | 1247.09 |
| Medicare | | | 18.43 | 188.49 |
| Social Security | | | 78.80 | 805.95 |
| Wisconsin State W/H(S/0) | | | 45.61 | 473.25 |
| **Deductions** | | | | |
| Garnish Percentage of Gross | | | 390.01 | 3900.01 |
| Dental | | | 73.73 | 663.57 |
| Mileage Reimbursement | | | 0.00 | -306.51 |
| Quartz Medical HMO | | | 183.94 | 1655.46 |
| Spouse Surcharge | | | 25.00 | 225.00 |
| Vision Insurance | | | 6.31 | 56.79 |
| **Net Pay** | | | 629.83 | 6740.97 Voucher No |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 629.83 | 6740.97 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life & AD&D ER MEMO * | 3.04 | 27.36 | *Memo Only | |
| HSA ER MEMO FT Employee * | 150.00 | 300.00 | *Memo Only | |
| Quartz Medical HMO ER MEMO * | 551.83 | 4966.47 | *Memo Only | |
| Floating Holiday Hours ** | | 8.00 | 2.25 | 5.75 |
| Sick Hours | 2.46 | 30.74 | 15.50 | 15.24 |
| Vacation Hours | 4.62 | 83.18 | 42.00 | 41.18 |

**Accruals balances are accurate as of processing 05/7/2025 07:43 am

| Hour Detail | Date | Pay Code | Labor Allocation | Rate | Total Hours |
|---|---|---|---|---|---|
| | 04/20 | Regular | 40 WI DCF - Healthy Families La Crosse - Home | 19.50 | 0.75 |
| | 04/21 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 8.50 |
| | 04/22 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 4.00 |
| | 04/22 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 3.50 |
| | 04/23 | Regular | 45 WI DCF - Healthy Families Vernon - Viroqua | 19.50 | 7.00 |
| | 04/24 | Regular | 48 MN Strong - Healthy Families Winona - Winona FSB | 19.50 | 6.25 |
| | 04/24 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 1.25 |
| | 04/25 | Regular | 40 WI DCF - Healthy Families La Crosse - La Crosse Monit | 19.50 | 7.50 |