**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 21, 2025**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | CASE NUMBER  25-11173- 13 |
| Lisa A Clarkin | |
|     Lisa SS# XXX-XX-8036 | |

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO      FAMILY & CHILDRENS CENTER
               ATTN PAYROLL DEPT
               811 MONITOR ST
               LA CROSSE WI 54603

Employer of above-named debtor:

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages

to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that FAMILY & CHILDRENS CENTER as employer of the debtor, until further notice from the Trustee, deduct from the earnings of the employee the sum of:

                237.70 BIWEEKLY               Due by:  6/19/2025

and to continue BIWEEKLY thereafter.

**Include the Employee's Name and Case number**        ( 25-11173 )       on the remittance.  If your pay cycle differs from the required

payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an

annual basis.  Please indicate your cycle if different from the cycle ordered.

Payments should be made to:        Mark Harring Standing Trustee

        and mailed to:        **MARK HARRING CH 13 TRUSTEE**
                            **P.O. BOX 88004**
                            **CHICAGO IL 60680-1004**

        Ch 13 Office Phone #     608-256-4320

If you wish to carry this out via ACH instead of check, see https://www.tfsbillpay.com/employer

It is further ordered that the Employer notify the Trustee if the employment of the debtor is terminated and the reason for the termination and:

     From all Earnings and wages of the debtor, no deduction other than authorized or directed by this Court shall be made by the

employer except the amounts required to be withheld by the provisions of any Federal or State law or regulation or insurance, pension, or

union dues agreement between employer and the debtor in accordance with the employer's usual payroll procedure.

This order supersedes any previous order made to you in this case.

     YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

                             ###