## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **LISA A. CLARKIN** | |
| Debtor. | Case No: 25-11173 (Chapter 13) |

### AMENDED MOTION TO DETERMINE VALUATION OF PERSONAL PROPERTY AND SECURED STATUS THEREOF

Lisa A. Clarkin, debtor, by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman moves the Court for a determination under 11 USC §506 for value of the 2017 Chrysler Pacifica.

1. At the time of the chapter 13 filing, Debtor used Kelly Blue Book to establish the value of the 2017 Chrysler Pacifica in the amount of $7,775.00 based on the model, mileage and condition. The Kelly Blue Book valuation is attached.

2. One Main Financial Group LLC has a lien that attaches to the 2017 Chrysler Pacifica with a total approximate amount owed of $18,644.00. Based on the valuation and 11 USC §506, One Main Financial Group, LLC has a secured claim limited to the extent of the value in the amount of $7,775.00 and an unsecured claim for the difference owed, estimated at $10,869.00.

**Dated this \_\_\_4th\_\_\_ day of June, 2025 at La Crosse, Wisconsin.**

                          **PITTMAN & PITTMAN LAW OFFICES, LLC**

By:    <u>s/Greg P. Pittman</u>
        **Greg P. Pittman**
        **Attorney for Debtor**
        **Attorney No: 1073787**
        **712 Main Street**
        **La Crosse, WI 54601**
        **(608) 784-0841**

**Kelley Blue Book**
THE TRUSTED RESOURCE

## 2017 Chrysler Pacifica Pricing Report

Style: Touring Minivan 4D
Mileage: 123,000
KBB.com Consumer Rating: 4.2/5



**Sell to Private Party**

Private Party Range
$6,317 - $9,232

Private Party Value
$7,775

Valid for ZIP code 54601 through 05/16/2025

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ White

**Exterior**
Power Sliding Doors

**Engine**
V6, 3.6 Liter

**Accessory Packages**
Blind-Spot Alert

**Transmission**
Automatic, 9-Spd

**Braking and Traction**
Hill Start Assist
Traction Control
Electronic Stability Control
ABS (4-Wheel)

**Drivetrain**
FWD

**Comfort and Convenience**
KEYLESS-GO
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**
Power Steering
Tilt & Telescoping Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
SiriusXM Satellite
Bluetooth Wireless
Uconnect 3

**Safety and Security**
Backup Camera
Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags
Knee Air Bags

**Seats**
Power Seat
Quad Seating (4 Buckets)

**Lighting**
Daytime Running Lights

**Wheels and Tires**
Alloy Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 2025 Kelley Blue Book Co., Inc. All rights reserved. 5/16/2025-5/16/2025 Edition for WI 54601. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.20202263)



# Lien Holder Results

**VIN:** 2C4RC1DGXHR579172

**Year:** 2017

**Make:** CHRYSLER

Electronic title sent to Secured Party.

**ONEMAIN FINANCIAL GROUP LLC**

**Lien Holder:** ONEMAIN FINANCIAL GROUP LLC

**Address:** 600 W WISCONSIN ST
SPARTA WI 54656-2333

**Received Date:** 05/08/2024

Back | Exit

Version A

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **LISA A. CLARKIN** | |
| Debtor. | Case No: 25-11173  (Chapter 13) |

### NOTICE OF AMENDED MOTION FOR VALUATION

**PLEASE TAKE NOTICE**, that the debtor, Lisa A. Clarkin, by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, has filed an Amended Motion for Valuation. A copy of said Amended Motion is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before *June 18, 2025,* you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 120 N. Henry St., RM 340, Madison, WI 53703* and a copy to *Greg P. Pittman, 712 Main Street, La Crosse, Wisconsin 54601.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __4th__ day of June, 2025, at La Crosse, Wisconsin.

PITTMAN & PITTMAN LAW OFFICES, LLC

By:  s/Greg P. Pittman
Greg P. Pittman
Attorney No: 1073787
Attorney for Debtor
712 Main Street
La Crosse, WI 54601
(608) 784-0841

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| **LISA A. CLARKIN** | |
| Debtor. | Case No: 25-11173  (Chapter 13) |

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF WISCONSIN       )
                                             ) SS
COUNTY OF LA CROSSE  )

The undersigned being first duly sworn states that a true copy of the *Amended Motion for Valuation, Notice of Amended Motion and Proposed Order* was served upon the individuals on the attached list by either electronic filing or by enclosing the same by certified mail which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on June ___4___, 2025.

One Main Financial
Attn: Douglas Shulman, President
601 N.W. Second Street
Evansville, IN 47708-1013

s/Wanda Nickelotti
**Wanda Nickelotti**

**Subscribed and sworn to before me
this __4th__ day of June, 2025.**

s/Greg P. Pittman
**Greg P. Pittman, Notary Public
My Commission is permanent.**