**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| LISA A. CLARKIN | |
| Debtor. | Case No: 25-11173   (Chapter 13) |

**ORDER DETERMINING VALUATION OF PERSONAL PROPERTY AND SECURED STATUS THEREOF**

The above named matter having come on pursuant to an Amended Motion to determine valuation of personal property and secured status thereof and pursuant to the Notice of Motion, a certain time was established for objecting to said Motion, commenting or responding thereto and the time has expired for objecting to the Motion, commenting and responding thereto, and based upon all the papers and records on file,

**IT IS ORDERED AS FOLLOWS:**

1. One Main Financial Group, LLC has a secured claim on the 2017 Chrysler Pacifica in the amount of $7,775.00 and a general unsecured claim for any remaining balance owed.

###

1