**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Lisa A Clarkin | 25-11173-13 |
| Debtor | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtor filed for relief under chapter 13 of the United States Bankruptcy Code on May 20, 2025.

2. The debtor is in default under section 1326(a)(1) which requires that the first payment is due 30 days after the date of filing the plan or the order for relief whichever is earlier.  Payments must be made by one of the following: tfsbillpay.com, money order, cashiers check, or sent directly from an employer.  IF MAILED, THE PAYMENTS MUST BE SENT TO: MARK HARRING, TRUSTEE, OFFICE OF CHAPTER 13 TRUSTEE, PO BOX 88004, CHICAGO, IL  60680-1004.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter  13  proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before July 14, 2025** if you wish to contest this motion.  Any objection or request for hearing that you file must be filed with the court at the address listed below.  An objection or request for hearing should <u>set forth grounds to support the objection request.</u>  If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated:  June 23, 2025         /s/  Mark Harring
                              Standing Chapter 13 Trustee

The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Lisa A Clarkin | 25-11173-13 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Elizabeth Brady, state that on June 23, 2025 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

ATTORNEY GREG P. PITTMAN
PITTMAN & PITTMAN LAW OFFICES
712 MAIN STREET
LA CROSSE, WI 54601

Lisa A Clarkin
2118 32nd St. S.
La Crosse  WI  54601

I certify under penalty of perjury that the foregoing is true and correct.

/s/  Elizabeth Brady
Office of the Standing Chapter 13  Trustee