# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Lisa A Clarkin                                          Case #   25-11173

Debtor Information:                                           Spouse Information:
  SS#:  XXX-XX-8036                                             SS#:
  Addr: 2118 32nd St. S.                                        Addr:
        La Crosse, WI 54601
  County: LA CROSSE                                             County:

Debtor's Attorney:   GREG P. PITTMAN                          Date Filed:       05/20/2025
341 Meeting Date:    06/18/2025    Adjourned 341 Date:        Schedules Filed:
Tape #:  16                                                   Plan Filed:       05/20/2025
                                                              Amd Plan Filed:   05/20/2025

**Appearances:**   Debtor:    WDL,SS - y
                   Attorney:  Atty. G. Pittman
                   Creditors: n

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

  A. New Employment: _____
  B. New Address:
  C. Other:           _____
                      _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?   Y

  B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 4,500.00 |
| Unsecured | 142,995.99 |
| Refund | 0.00 |
| Secured | 9,450.00 |
| Case Costs | 0.00 |
| Total Debt | 156,945.99 |

  C. Does Debtor have Regular Income?   Y

  D. Prior Bankruptcies:   None

  E. DSO's:   Y _____   N _____
      None

  F. Tax Returns

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Federal Tax Return Refund Amt | State Tax Return Received On | State Tax Return Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | 40,024.00 | 1,728.00 | | 1,535.00 | | 193.00 | 0.00 | 0.00 | 0.00 |

G. Self Employment

    Is Debtor Self Employed?                                         N

    Does Debtor Incur Trade Debt?                                   Y _____ N _____

    Did Debtor Complete Business Trade Questionnaire?   Y _____ N _____

    Will a Monthly Operating Report be Required?             Y _____ N _____

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 2821.59 | Available for Plan | 525.59 |
| Budgeted Expenses | 2296.00 | Plan Payments | 309.01 |
| Available for Plan | 525.59 | Excess | 216.58 |

  A. Does Budget appear reasonable?     Y

    -NFS - HIS INCOME NOT INCLUDED, NOT LISTED AS CODEBTOR, LIVES SEPARATELY. - correct

    -NO RESIDENCE CONTRACT LISTED FOR EITHER ON SCHED G OR PLAN.

    -PAYING FOR 2017 PACIFICA THRU PLAN - VALUATION - RELIABLE? y

  B. Means Test: Is all disposable income applied? (Sec 1325(b)(1)(B))    N

    -$400/MO PLASMA DONATIONS - THAT WILL CONTINUE? y FOODSHARE? n

    -DEPENDENTS 5,10,13,15 - ANY SUPPORT RCVD? no.

    - She won $322k online gambling site. Paid for her wedding, purchased her home at E3729 Hellwig Ln., Coon Valley 54623 for $170k, and irresponsible spending. Says sold home in 2022, only had it about a year. Couldn't remember sale price (online records show 3/2023 for $210k). Took proceeds, paid a year of rent ($15.6k), purchased her car ($20k), rest used to support NFS's construction business. He had his own business. Unknown name. Need accounting of proceeds.

  C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

    -DOR PARTIALLY SEC'D, BEING PD THRU PLAN, THE REST CLASSIFIED AS UNSEC. OWE THE IRS $109,000+ FROM 2021 (UNSEC)- EXPLAIN. See above - gambling winnings.

    -SOLD 2015 NISSAN SENTRA FOR $1500 - FMV? y

**4. PLAN:**

  A. Number of months the Plan is expected to last:    60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 6/19/2025 | 6/14/2028 | 237.70 | BIWEEKLY | DEBTOR |

B. Total to be paid into the Plan:          18540.60

C. Approximate percentage to Unsecureds:    0

D. Source of Income:    FAMILY & CHILDREN'S CENTER + PLASMA DONATIONS

   Spouse income:    _____

E. Wage Order Sent To:  FAMILY & CHILDREN'S CENTER - FIRST PYMT DUE 6/19, NOTHING PENDING ON TFS
                        - saw ded. on stub 6/6.- late 1st pmt MTD & WD

F. Payments received to Date:    $475.40                                        Y
   Will debtor commence payments within 30 days after the plan has been filed?
                                                                                Y
G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3))
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4500.00       Paid to Date:    _____
   Balance Due Under Plan         4500.00   Approximate months to pay:    10.00
      Trustee recommends amount requested?    Y
      If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?    Y
   _____

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5)  Y
   _____

K. Does the plan provide for full payment of Priority Debt?    Y
   _____

L. Was a Liquidation
   Analysis Provided By the           Under Chapter 7                      Under Chapter 13
   Debtor? (Sec 1325(a)(5))    Assets:              9450.00    Total Paid To Plan:           18540.60
        N                       Admin, Security:                A.S.P. Debt:       13950.00
   Unsecureds Do Better         Priority (ASP)      13950.00   Less Direct:            0.00   13950.00
   Under Chapter:  13           Exemptions:          1175.00   Trustee Fee on Net A.S.P:      1098.54
                                Available for UnSec: -5675.00  Amt Avail for Unsec:           3492.06

## 5. CLAIMS AND OBJECTIONS

**Secured**

ONEMAIN FINANCIAL GROUP LLC           Scheduled for:      7,775.00     Filed for:      7,775.00
  Claim Ref Number:        9           Scheduled as:    Secured         Filed as:     Secured
  Reason:  2017 Chrysler Pacifica - VALUATION                           Filed date:   6/6/2025
  Objection Filed?  No

WI DEPT OF REVENUE                    Scheduled for:      1,675.00     Filed for:      0.00
  Claim Ref Number:       11           Scheduled as:    Secured         Filed as:     Not Filed
  Reason:  secured by HHG's - VALUATION                                 Filed date:
  Objection Filed?  No

**7**

| | | | | | |
|---|---|---|---|---|---|
| US BANKRUPTCY COURT | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: | 4 | Scheduled as: | Case Costs | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**8**

| | | | | | |
|---|---|---|---|---|---|
| DEBTOR | | Scheduled for: | | Filed for: | |
| Claim Ref Number: | 2 | Scheduled as: | Refund | Filed as: | Refund |
| Reason: | | | | Filed date: | 5/20/2025 |
| Objection Filed? | No | | | | |
| DEBTOR | | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: | 3 | Scheduled as: | Refund | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

**Attorney**

| | | | | | |
|---|---|---|---|---|---|
| GREG P. PITTMAN | | Scheduled for: | 4,500.00 | Filed for: | |
| Claim Ref Number: | 1 | Scheduled as: | Attorney | Filed as: | Not Filed |
| Reason: | | | | Filed date: | |
| Objection Filed? | No | | | | |

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?    N

_____

Trustee Comments:

{ 3B }
- Debtor won $322k online gambling site. Need accounting of proceeds (esp amts contributed to NFS business).
- AMD Sched. H to list NFS and provide notice; accounting of procceds from sale of home.

Date Completed:    06/26/2025                    /s/
                                                 Mark Harring
                                                 Standing Chapter 13 Trustee