11:10 AM  Case 1-25-11173-cjf  Lisa A Clarkin

Ch 13

Trustee: Harring

La Crosse

**Opposing:** Kristin K. Beilke    608-256-4320

**Debtor or Plaintiff Atty.:**    Greg P. Pittman    608-784-0841    for Lisa A Clarkin

**Matter:** ADJOURNED Preliminary hearing on Confirmation of Chapter 13 Plan (Doc # 3) -Obj. TR

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

## OUTCOME:

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: _____ (Date)_____ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: _____                _____ amend plan | ____ amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR | CH 12 ATTY | CH 11 ATTY

## SCHEDULE:
Adj. to ____11/17/25____ at __3:00__. Location: **Telephone** | Zoom | Hybrid, Deadline: _____
Other: _____.    SF | LF Zoom Order    Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
_____ Other Schedule: _____

## ORDER:
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

_____ ORDER:  For the reasons stated from the bench,

IT IS SO ORDERED:

_____
Catherine J. Furay                                              _____ cc:  Debtor(s)
U.S. Bankruptcy Judge                                       _____ cc: Pro se party