# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **LISA CLARKIN** | |
| Debtor. | Case No: 25-11173 |

## OBJECTION TO PROOF OF CLAIM #7 FILED BY WISCONSIN DEPARTMENT OF REVENUE

Lisa Clarkin, Debtor, by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, hereby objects to the proof of claim #7 for the following reasons:

1) The proof of claim includes a missing tax return for a non-filing spouse. The Debtor and non-filing spouse file separate tax returns and the Debtor has filed all applicable tax returns as necessary pursuant to 11 USC 1308. This estimated priority amount owed by the non-filing spouse is not a debt owed by the Debtor and the proof of claim shall be modified to remove the estimated priority tax by the non-filing spouse.

2) The tax lien is limited to the value of the assets that are not previously encumbered. After accounting for the perfected vehicle loan that has no value above and beyond the lienholder, the Debtor listed assets in the amount of $1,675.00. The Wisconsin Department of Revenue tax lien is limited to the amount of $1,675.00 at current interest rate of 12%. Based upon the filing/assessment of the 2021 tax return and the filing of this chapter 13 case, any remaining tax owed for 2021 is a non-priority general unsecured debt.

Wherefore, the Debtor seeks an order to modify proof of claim #7 to remove the non-filing spouse estimated liability, modify the secured portion of the claim to $1,675.00, and to modify the claim to treat the remaining balance owed as general unsecured claim.

**Dated this  11th  day of November, 2025 at La Crosse, Wisconsin.**

                                        **PITTMAN & PITTMAN LAW OFFICES, LLC.**

                            **By:**     **s/Greg P. Pittman**
                                        **Greg P. Pittman**
                                        **Attorney for Debtor**
                                        **Attorney No. 1073787**
                                        **712 Main Street**
                                        **La Crosse, WI  54601**
                                        **(608) 784-0841**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF WISCONSIN**

---

In Re:                                                          In Bankruptcy No:

**LISA CLARKIN**

       Debtor.                                              Case No: 25-11173

---

**NOTICE OF OBJECTION TO PROOF OF CLAIM #7 FILED BY WISCONSIN**
**DEPARTMENT OF REVENUE**

---

       **PLEASE TAKE NOTICE**, that the debtor, Lisa Clarkin, by her attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, has filed an objection to the Wisconsin Department of Revenue Proof of Claim #7. A copy of said objection is attached thereto.

       Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

       If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before *December 11, 2025,* you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court Western District of Wisconsin,, 120 North Henry Street, Room 340, Madison, WI 53703-2559* and a copy to *Greg P. Pittman, 712 Main Street, La Crosse, Wisconsin 54601.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

       Dated this    11th    day of November, 2025, at La Crosse, Wisconsin.

                                            **PITTMAN & PITTMAN LAW OFFICES, LLC**

                                  **By:**      **s/Greg P. Pittman**
                                                          **Greg P. Pittman**
                                                          **Attorney No: 1073787**
                                                          **Attorney for Debtor**
                                                           **712 Main Street**
                                                           **La Crosse, WI 54601**
                                                           **(608) 784-0841**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **LISA CLARKIN** | |
| Debtor. | Case No: 25-11173 |

## AFFIDAVIT OF SERVICE BY MAIL

| | |
|---|---|
| **STATE OF WISCONSIN** | ) |
| | ) SS |
| **COUNTY OF LA CROSSE** | ) |

The undersigned being first duly sworn states that a true copy of the *Notice of Objection and Objection to Wisconsin Department of Revenue Proof of Claim #7* was served upon the individuals on the attached list by either electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on November   11   2025.

**Wisconsin Department of Revenue**
**Special Procedures Unit**
**PO Box 8901**
**Madison, WI 53708-8901**

                                                        **s/Galen Pittman**
                                                        **Galen Pittman**

**Subscribed and sworn to before me**
**this    11th    day of November, 2025.**


**s/Greg P. Pittman**
**Greg P. Pittman, Notary Public**
**My Commission is Permanent.**