UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In re:  Lisa A. Clarkin,                                              Case No. 25-11173-13

          Debtor.

_____

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN
_____

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Amended Chapter 13 Plan and Request to Amend Plan filed as Doc. #33 on 11/11/2025 and states as follows:

1.  The plan is amended to extend the plan term to 60 months.  This plan base is sufficient to meet the best interests of creditors according to what the Trustee believes may be recovered in preferential transfers.

2.  These filings resolve our previous objections, which we can withdraw.  We will submit a proposed confirmation order shortly.  We request the hearing set for 11/17/2025 at 3:00 p.m., please be removed from the Court's calendar.


Dated:  November 13, 2025

                                          Standing Chapter 13 Trustee

                                          By:   /s/ *Kristin Beilke*
                                          Kristin Beilke,
                                          Attorney for Trustee
                                          122 W. Washington Ave., Suite 500
                                          Madison, WI  53703-2758
                                          (608) 256-4320