**THIS ORDER IS SIGNED AND ENTERED.**

Dated: December 12, 2025

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| LISA CLARKIN | |
| Debtor. | Case No: 25-11173 |

**ORDER MODIFYING PROOF OF CLAIM #7 FILED BY WISCONSIN DEPARTMENT OF REVENUE**

The above matter having come on before the Court pursuant to an Objection and Notice of Objection Wisconsin Department of Revenue being served upon the parties set forth in the Affidavit of Mailing in the Chapter 13 proceedings and with no objection or response having been filed by any creditor or any other person of interest and based upon all the papers and records on file;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Objection to Proof of Claim #7 is granted.

2. The non-filing/estimated priority claim for the non-filing spouse is removed from the proof of claim.

3. The secured claim is limited to the value of assets in the amount of $1,675.00.

4. Any remaining tax claim owed for 2021 is modified to a non-priority general unsecured claim.

###